ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of -                                              )
                                                         )
West Point Contractors, Inc.                             )    ASBCA Nos. 63039, 63040
                                                         )
Under Contract No. W9126G-18-D-0025                      )
         T.O. W9126G-18-F-2500                           )

APPEARANCE FOR THE APPELLANT:          Casey J. McKinnon, Esq.
                                         Cohen Seglias Pallas Greenbelt & Furman PC
                                         Washington, DC

APPEARANCES FOR THE GOVERNMENT:        Michael P. Goodman, Esq.
                                         Engineer Chief Trial Attorney
                                       Maureen E. Rudolph, Esq.
                                         Engineer Trial Attorney
                                         U.S. Army Engineer District, Albuquerque
                                       Shane T. Lauritzen, Esq.
                                         Engineer Trial Attorney
                                         U.S. Army Engineer District, Vicksburg

ORDER OF DISMISSAL

The disputes have been settled.  These appeals are dismissed with prejudice.

Dated:  October 19, 2022

_____
JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 63039, 63040, Appeals of West Point Contractors, Inc., rendered in conformance with the Board's Charter.

Dated:  October 19, 2022

_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services